IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF PALLADIAN PARTNERS, L.P.; HBK MASTER FUND L.P.; HIRSH GROUP LLC; AND VIRTUAL EMERALD INTERNATIONAL LIMITED FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Misc. Action No. _____ |

**APPENDIX IN SUPPORT OF PETITIONERS'
APPLICATION FOR AN ORDER TO TAKE DISCOVERY FOR
USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

Palladian Partners, L.P.; HBK Master Fund L.P.; Hirsh Group LLC; and Virtual Emerald International Limited (the "Petitioners") hereby file the attached appendix in support of Application and Petition pursuant to 28 U.S.C. § 1782 (the "Application"), for an order authorizing them to obtain discovery from Hayden Davis, Gideon Davis, Charles ("Tom") Davis, and their company, Kelsier Labs LLC (d/b/a Kelsier Ventures and hereafter, "Kelsier Labs") (collectively, the "Davis Respondents"), filed contemporaneously with this Appendix.

| Exhibit | Description | Pages |
|---|---|---|
|  | Declaration of Elinor C. Sutton dated July 25, 2025 | A–00001–00004 |
| 1 | Proposed Subpoena to Kelsier Labs LLC | A–00005–00052 |
| 2 | Proposed Subpoena to Hayden Mark Davis | A–00052–00099 |
| 3 | Proposed Subpoena to Gideon Bradley Davis | A–00100–00146 |
| 4 | Proposed Subpoena to Charles Thomas Davis | A–00147–00193 |
| 5 | Gideon Davis Interview on Unscripted Arena Podcast | A–00194–00195 |
| 6 | Todd W. Price Affidavit Authenticating Interview Video | A–00196–00198 |
| 7 | Gideon B. Davis Texas Driver's License - LexisNexis Public Records Report | A–00199–00200 |
| 8 | Hayden M. Davis Texas Driver's License - LexisNexis Public Records Report | A–00201–00202 |
| 9 | Charles Thomas Davis Texas Driver's License - LexisNexis Public Records Report | A–00203–00204 |
| 10 | Kelsier.io "About Us" Page - Page Vault Capture Report | A–00205–00209 |
| 11 | Kelsier Labs LLC Texas Secretary of State Business Organizations Inquiry Report | A–00210–00211 |
| 12 | Kelsier Labs LLC Texas Secretary of State Forfeiture Notice | A–00212–00213 |
| 13 | Hearing Transcript in *Hurlock v. Kelsier Ventures et al.*, No. 25-cv-03891-JLR (S.D.N.Y.) | A–00214–00241 |
|  | Declaration of Aidan A. O'Rourke dated July 25, 2025 | A–00242–00259 |
| 1 | Claim Form (August 9, 2019) | A–00260–00262 |
| 2 | Particulars of Claim | A–00260–00262 |
| 3 | Acknowledgment of Service by the Republic of Argentina (August 23, 2019) | A–00289–00290 |
| 4 | Amended Claim Form (December 11, 2019) | A–00291–00293 |
| 5 | English Trial Court Judgment (April 5, 2023) | A–00294–00306 |
| 6 | English Trial Court Order (June 9, 2023) | A–00307–00319 |
| 7 | English Appellate Court Order re: Conditional Permission to Appeal (February 22, 2024) | A–00320–00324 |

| Exhibit | Description | Pages |
|---|---|---|
| 8 | English Appellate Court Order re: Letter of Credit (March 22, 2024) | A–00325–00336 |
| 9 | Letter of Credit from Banco Santander, S.A. (April 3, 2024) | A–00337–00344 |
| 10 | English Appellate Court Judgment Dismissing Appeal (June 12, 2024) | A–00345–00262 |
| 11 | English Appellate Court Order (June 21, 2024) | A–00379–00384 |
| 12 | Supreme Court Order Refusing Permission to Appeal (October 14, 2024) | A–00385–00386 |
| 13 | English Appellate Court Order re: Letter of Credit Drawdown (January 14, 2025) | A–00387–00391 |
| 14 | Trustee's Public Announcement re: Distribution of Funds (February 27, 2025) | A–00392–00394 |
| 15 | *Gorbachev v Guriev* Application | A–00395–00431 |
| 16 | *South Carolina Securities Purchase N.V.* | A–00432–00454 |
| 17 | *Nokia Corporation v Interdigital Technology Corp* | A–00455–00468 |

DATED: July 25, 2025

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Elinor C. Sutton*

Elinor C. Sutton (No. 24129804)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
3100 McKinnon St., Suite 1125
Dallas, TX 75201
Tel. (469) 902-3600
elinorsutton@quinnemanuel.com

*Counsel for Plaintiffs Palladian Partners, L.P., HBK Master Fund L.P., Hirsh Group LLC, and Virtual Emerald International Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 25th day of July, 2025, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Elinor C. Sutton*
Elinor C. Sutton

*Counsel for Plaintiffs Palladian Partners, L.P., HBK Master Fund L.P., Hirsh Group LLC, and Virtual Emerald International Limited*