UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re Application of:<br><br>PALLADIAN PARTNERS, L.P., HBK MASTER FUND L.P., HIRSH GROUP LLC, and VIRTUAL EMERALD INTERNATIONAL LIMITED,<br><br>Petitioners,<br><br>FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | No. 3:25-mc-00058-S-BT |

**APPENDIX IN SUPPORT OF**
**PETITIONERS' MOTION FOR SUBSTITUTED SERVICE**

Palladian Partners, L.P.; HBK Master Fund L.P.; Hirsh Group LLC; and Virtual Emerald International Limited (the "Petitioners") hereby file the attached appendix in support of Motion for Substituted Service (the "Motion"), filed contemporaneously with this Appendix in the above captioned matter.

1

| Exhibit | Description | Pages |
|---|---|---|
|  | Declaration of David M. Orta, dated October 10, 2025 | A-00469-00474 |
| 1 | Comprehensive Report, dated August 15, 2025 | A-00475-00478 |
| 2 | Affidavit of Non Service, dated August 5, 2025 | A-00479-00482 |
| 3 | Certified Mail Receipts, dated September 26, 2025 | A-00483-00484 |
| 4 | Certified Mail Return Receipt re: Hayden Mark Davis | A-00485 |
| 5 | Envelope of Service packet for mailing to Hayden Mark Davis | A-00486 |
| 6 | Certified Mail Return Receipt and package photo for mailing to Charles Thomas Davis | A-00487-00488 |
| 7 | Texas Secretary of State Forfeiture Notice, dated February 21, 2025 | A-00489 |
| 8 | Texas Secretary of State Business Organizations Inquiry Report re: Kelsier Labs, dated September 26, 2025 | A-00490 |
| 9 | FedEx Receipt and Proof of Delivery, dated September 26, 2025 and October 1, 2025 | A-00491-00493 |
| 10 | Transmission Letter from Quinn Emanuel to Texas Secretary of State, dated September 26, 2025 | A-00494-00495 |
| 11 | Certificate of Service re: Hayden Davis, dated August 1, 2025 | A-00496 |
| 12 | Certificate of Service re: Gideon Davis, dated August 1, 2025 | A-00497 |
| 13 | Certificate of Service re: Charles Thomas David, dated August 1, 2025 | A-00498 |
| 14 | Certificate of Service re: Kelsier Labs, dated August 1, 2025 | A-00499 |
| 15 | Affidavit of Service re: Kelsier Labs, dated July 10, 2025 | A-00500 |
| 16 | *Pro Hac Vice* Motion by Maria Cristina Armenta, dated August 19, 2025 | A-00501-00506 |
| 17 | Email correspondence from Quinn Emanuel to Davis Respondents' counsel, dated August 14, 2025 | A-00507-00509 |
| 18 | Email correspondence from Quinn Emanuel to Davis' Respondents' counsel, dated October 3, 2025 | A-00510-00513 |
| 19 | Notice of Defendant Hayden Davis' Motion for an Order Dissolving Temporary Restraining Order, dated June 24, 2025 | A-00514-00515 |
| 20 | *Pro Hac Vice* Motion by George M. Padis, dated July 2, 2025 | A-00516 |

|  |  |
|---|---|
| DATED: October 10, 2025 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>_/s/ David M. Orta_<br>David M. Orta (*pro hac vice*)<br>Julianne F. Jaquith (*pro hac vice* forthcoming)<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>Tel.: (202) 538-8000<br>Fax: (202) 538-8100<br>davidorta@quinnemanuel.com<br>juliannejaquith@quinnemanuel.com<br><br>Elinor C. Sutton<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>3100 McKinnon St., Suite 1125<br>Dallas, TX 75201<br>Tel.: (469) 902-3600<br>Fax: (469) 902-3610<br>elinorsutton@quinnemanuel.com<br><br>*Counsel for Petitioners Palladian Partners, L.P., HBK Master Fund L.P., Hirsh Group LLC, and Virtual Emerald International Limited* |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of October, 2025, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

<u>/s/ David M. Orta</u>
David M. Orta

*Counsel for Petitioners Palladian Partners, L.P., HBK Master Fund L.P., Hirsh Group LLC, and Virtual Emerald International Limited*
