UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re Application of:<br><br>PALLADIAN PARTNERS, L.P., HBK MASTER FUND L.P., HIRSH GROUP LLC, and VIRTUAL EMERALD INTERNATIONAL LIMITED,<br><br>Petitioners,<br><br>FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | § § § § § § § § § § § § § § § No. 3:25-mc-00058-S-BT |

### DECLARATION OF DAVID M. ORTA

1. I, David M. Orta, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States, as follows:

2. I am an attorney duly admitted to practice in Texas and before this Court. I am Partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Petitioners Palladian Partners, L.P.; HBK Master Fund L.P.; Hirsh Group LLC; and Virtual Emerald International Limited ("Petitioners" or the "Claimants").

3. I submit this declaration in support of Petitioners' Application and Petition For An Order to Conduct Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782 (the "1782 Application"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the 1782 Application and accompanying Memorandum of Law. All exhibits attached hereto are true and accurate copies, or true and accurate excerpts of those copies.

4. Unless otherwise indicated, all facts set forth in this declaration are based upon: (a) my personal knowledge; (b) my review of relevant documents, including the proposed subpoena; and (c) information supplied to me by Petitioner or professionals retained by Petitioner.

5. **Exhibit 1** is a proposed subpoena for documents and the testimony of a Rule 30(b)(6) representative addressed to Respondent Kelsier Labs LLC.

6. **Exhibit 2** is a proposed subpoena for documents and testimony addressed to Respondent Hayden Mark Davis.

7. **Exhibit 3** is a proposed subpoena for documents and testimony addressed to Respondent Gideon Bradley Davis.

8. **Exhibit 4** is a proposed subpoena for documents and testimony addressed to Respondent Charles Thomas Davis.

9. **Exhibit 5** is a true and correct copy of Hugo Alconada Mon, *Un festejo con champagne y el supuesto "acuerdo millonario" del que alardeaban los creadores de $LIBRA*, LA NACIÓN (Feb. 22, 2025), *available at* https://tinyurl.com/yc4uxzza in the original Spanish accompanied by a certified translation.

10. **Exhibit 6** is a true and correct copy of the source Alconada Mon, *Karina Milei supervisó todas las negociaciones con los empresarios cripto antes del escándalo $LIBRA*, La Nación (Mar. 8, 2025), *available at* https://tinyurl.com/5n86tde3 in the original Spanish accompanied by a certified translation.

11. **Exhibit 7** is a true and correct copy of Ignacio Grimaldi, *Karina Milei, la puerta de entrada a la Casa Rosada para los personajes detrás de la criptomoneda del escándalo*, La

Nación (Feb. 16, 2025), *available at* https://tinyurl.com/3v429zx3 in the original Spanish accompanied by a certified translation.

12. **Exhibit 8** is a true and correct copy of is a true and correct copy of Ministerio Público Fiscal de la Nación [Federal Prosecutor's Office of the Nation], Informe sobre transacciones de criptomonedas y medidas cautelares en el caso $LIBRA [Report on Cryptocurrency Transactions and Precautionary Measures in the $LIBRA Case] (Fiscalía Nacional en lo Criminal y Correccional No. 3, Aug. 8, 2025) (Arg.) in the original Spanish accompanied by a certified translation.

*   *   *

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of November, 2025 in Miami, Florida.

<u>/s/ David M. Orta</u>
David M. Orta