# EXHIBIT 1



N1(CCFL)

# Claim Form

(CPR Part 7)



In the  **High Court of Justice**
**Queen's Bench Division**
**Commercial Court**
**Financial List**
**Royal Courts of Justice**

09 Aug 2019

| | *for court use only* |
|---|---|
| Claim no. | |
| Issue date | FL-2019-000010 |

## Claimant(s)

**(1) Palladian Partners, L.P.**
C/O Elian Fiduciary Services (Cayman) Limited
89 Nexus Way
Camana Bay
George Town
KY1-9007
Cayman Islands

**(2) HBK Master Fund L.P.**
PO Box 10008
Willow House
Cricket Square
George Town
KY1-1001
Cayman Islands

**(3) Hirsh Group LLC**
511 Sixth Avenue, #513
New York
NY 10011
United States of America

## Defendant(s)

**(1) The Republic of Argentina**
The Embassy of Argentina
65 Brook Street
London W1K4AH
United Kingdom

**(2) The Bank of New York Mellon (as Trustee)**
One Canada Square
London E145AL
United Kingdom

Name and address of Defendants receiving this claim form

(1) The Republic of Argentina, The Embassy
of Argentina, 65 Brook Street, London
W1K4AH, United Kingdom

(2) The Bank of New York Mellon (as
Trustee), One Canada Square, London
E145AL, United Kingdom

| | £ |
|---|---|
| Amount claimed | To be assessed |
| Court fee | £10,000 |
| Legal representative's costs | To be assessed |
| **Total amount** | To be assessed |

The court office at the Admiralty and Commercial Registry, The Rolls Building, 7 Rolls Building, Fetter Lane, London, EC4A 1NL is open between 10 am and 4.30 pm Monday to Friday. When corresponding with the court, please address forms or letters to the Court Manager and quote the claim number.

**N1(CCFL)** Claim form (CPR Part 7) (10.15)                                                     © Crown copyright 2015
This form is reproduced from http://hmctsformfinder.justice.gov.uk/HMCTS/FormFinder.do and is subject to Crown copyright protection. Contains public sector information licensed under the Open Government Licence v1.0

Claim no.

**Brief details of claim:**

The Claimants hold Euro-denominated Securities (ISIN XS0209139244) (the "**Securities**") issued by the First Defendant (the "**Republic**") in 2005 and 2010 and linked to its Gross Domestic Product ("**GDP**"). The Securities provide for payments based on Argentina's GDP on an annual basis up to 2034.

The Second Defendant (the "**Trustee**") is the Trustee under a Trust Indenture (the "**Indenture**") dated 2 June 2005 between the Republic as Issuer and the Trustee as Trustee and a First Supplemental Indenture dated 30 April 2010. The Trustee is joined for the purpose of ensuring, in so far as necessary, it is bound by and/or has the benefit of the relief sought. No wrongdoing is alleged against the Trustee.

The Claimants allege that for the year 2013 ("**Reference Year 2013**") the Republic failed to make payment under the Securities. The Claimants' case is that they should have done so.

As more fully set out and on the grounds specified in the enclosed Particulars of Claim, the Claimants claim:

(1) Declaratory relief;
(2) Payment of the amounts due under the Securities;
(3) Damages
(4) Interest on any damages and/or other sums awarded to the Claimants pursuant to Section 35A Senior Courts Act 1981;
(5) Specific Performance;
(6) Final injunctive relief;
(7) Further or other relief;
(8) Costs.

Particulars of claim attached

**Statement of Truth**
The Claimants believe that the facts stated in this claim form and the particulars of the claim attached to this claim form are true.

I am duly authorised by the claimants to sign this statement

Full name: Aidan Alexander O'Rourke

Name of claimants' legal representative's firm: Quinn Emanuel Urquhart & Sullivan UK LLP

signed _____   position or office held: Partner
Claimants' legal representative                    (if signing on behalf of firm, company or corporation)

*delete as appropriate

| Quinn Emanuel Urquhart & Sullivan UK LLP | Claimants' or legal representative's address to which documents or payments should be sent if different from overleaf including (if appropriate) details of DX, fax or e-mail. |
| --- | --- |
| 90 High Holborn London WC1V 6LJ United Kingdom<br><br>Solicitors for the Claimants | |