# EXHIBIT 4



N1(CCFL)
Amended
# Claim Form
(CPR Part 7)



| In the **High Court of Justice** Queen's Bench Division Commercial Court Financial List Royal Courts of Justice | | 11 Dec 2019 |
|---|---|---|

| | *for court use only* | |
|---|---|---|
| Claim no. | FL-2019-000010 | FL-2019-000010 |
| Issue date | | |

## Claimant(s)

**(1) Palladian Partners, L.P.**
C/O Elian Fiduciary Services (Cayman) Limited
89 Nexus Way
Camana Bay
George Town
KY1-9007
Cayman Islands

**(2) HBK Master Fund L.P.**
PO Box 10008
Willow House
Cricket Square
George Town
KY1-1001
Cayman Islands

**(3) Hirsh Group LLC**
511 Sixth Avenue, #513
New York
NY 10011
United States of America

(4) **Virtual Emerald International Limited**
Craigmuir Chambers
Road Town
Tortola, VG 110
British Virgin Islands.

## Defendant(s)

**(1) The Republic of Argentina**
The Embassy of Argentina
65 Brook Street
London W1K4AH
United Kingdom

**(2) The Bank of New York Mellon (as Trustee)**
One Canada Square
London E145AL
United Kingdom

Name and address of Defendants receiving this claim form

(1) The Republic of Argentina, The Embassy of Argentina, 65 Brook Street, London W1K4AH, United Kingdom

e Bank of New York Mellon (as stee), One Canada Square, London E145AL, United Kingdom

| | £ |
|---|---|
| Amount claimed | To be assessed |
| Court fee | £10,000 |
| Legal representative's costs | To be assessed |
| **Total amount** | To be assessed |

Claim no. FL-2019-000010

**Brief details of claim:**

The Claimants hold Euro-denominated Securities (ISIN XS0209139244) (the "**Securities**") issued by the First Defendant (the "**Republic**") in 2005 and 2010 and linked to its Gross Domestic Product ("**GDP**"). The Securities provide for payments based on Argentina's GDP on an annual basis up to 2034.

The Second Defendant (the "**Trustee**") is the Trustee under a Trust Indenture (the "**Indenture**") dated 2 June 2005 between the Republic as Issuer and the Trustee as Trustee and a First Supplemental Indenture dated 30 April 2010. The Trustee is joined for the purpose of ensuring, in so far as necessary, it is bound by and/or has the benefit of the relief sought. No wrongdoing is alleged against the Trustee.

The Claimants allege that for the year 2013 ("**Reference Year 2013**") the Republic failed to make payment under the Securities. The Claimants' case is that they should have done so.

As more fully set out and on the grounds specified in the enclosed Particulars of Claim, the Claimants claim:

(1) Declaratory relief;
(2) Payment of the amounts due under the Securities;
(3) Damages
(4) Interest on any damages and/or other sums awarded to the Claimants pursuant to Section 35A Senior Courts Act 1981;
(5) Specific Performance;
(6) Final injunctive relief;
(7) Further or other relief;
(8) Costs.

Amended Particulars of claim attached

**Statement of Truth**
The Claimants believe that the facts stated in this claim form and the particulars of the claim attached to this claim form are true.

I am duly authorised by the claimants to sign this statement

Full name: Aidan Alexander O'Rourke

Name of claimants' legal representative's firm: Quinn Emanuel Urquhart & Sullivan UK LLP

signed _____    position or office held: Partner
Claimants' legal representative                (if signing on behalf of firm, company or corporation)

*delete as appropriate

| Quinn Emanuel Urquhart & Sullivan UK LLP | Claimants' or legal representative's address |
|---|---|
| 90 High Holborn | to which documents or payments should be |
| London WC1V 6LJ | sent if different from overleaf including (if |
| United Kingdom | appropriate) details of DX, fax or e-mail. |
| | |
| Solicitors for the Claimants | |