# EXHIBIT 7



**THURSDAY 22 FEBRUARY 2024**

# IN THE COURT OF APPEAL

ON APPEAL FROM BUSINESS AND PROPERTY COURT, COMMERCIAL COURT
**FL-2019-000010**

**BEFORE**      LORD JUSTICE PHILLIPS

CA-2023-001273

**B E T W E E N**

1.   THE REPUBLIC OF ARGENTINA
2.   THE BANK OF NEW YORK MELLON (AS TRUSTEE)

DEFENDANTS /
APPELLANTS

- and -

1.   PALLADIAN PARTNERS L.P
2.   HBK MASTER FUND L.P,
3.   HIRSH GROUP LLC
4.   VIRTUAL EMERALD INTERNATIONAL LIMITED

CLAIMANTS /
RESPONDENTS

ON PAPER

Application No.

CA-2023-001273

**UPON** the Republic's Application dated 30 June 2023 for permission to appeal against the Order of Mr Justice Picken dated 9 June 2023

**AND UPON** the Claimants' Application dated 14 July 2023 for the imposition of a condition on any grant of permission to appeal ("**the Condition Application**")

**AND UPON** the Order of Phillips LJ dated 18 January 2024, made on the papers and without sight of the Republic's evidence in relation to the question of a condition

**AND UPON** reading the Sixth, Seventh and Eighth Witness Statements of Aidan O'Rourke on behalf of the Claimants, and the Fifth and Sixth Witness Statements of Amanda Flug Davidoff on behalf of the Republic

**AND UPON** the Court reading the Trustee's letter of 30 January 2024

**AND UPON** this Order being without prejudice to the Trustee's right of indemnity (including in respect of its costs) from the Republic under the Indenture

**AND UPON** hearing Tamara Oppenheimer KC and Samuel Ritchie for the Republic, and Alex Barden and James Shaerf for the Claimants

**IT IS ORDERED THAT:**

1.  The Court's grant of permission to appeal to the Republic shall be conditional upon the Republic, by 4pm on 5 April 2024, either:

    a.  Paying to the Trustee, the sum of EUR 309,876,449.80 ("**the Condition Amount**"), to be held on the terms set out in Schedule 1 below; or

    b.  Providing security for the Condition Amount in a form which is satisfactory to the Claimants and the Trustee.

2.  There shall be liberty to apply in writing to Phillips LJ (or to any other Lady or Lord Justice if Phillips LJ is not available) in respect of the form of condition in paragraph 1 above, any such application to be made by 4pm on 14 March 2024.

3.  The Republic shall pay the Claimants' costs of the Condition Application, to be assessed if not agreed.

(The Court sat on 31st January 2024 from 10.29 to 13.14)

**BY THE COURT**

## **SCHEDULE 1**

1. The Republic shall pay the Condition Amount to such bank account as the Trustee may notify to the Republic (copying the Claimants) in writing within 48 hours of the date of this Order (the "**Relevant Account**") to be held on escrow by the Trustee pending further Order of the Court.

2. The Trustee:

   a. subject to paragraph 2(b) below, shall hold the Condition Amount pending the outcome of the appeal in accordance with this Order and with the benefit of the protections and provisions set out in the Indenture; and

   b. shall not disburse or pay out the Condition Amount absent further Order of the Court.

3. For the avoidance of doubt:

   a. Notwithstanding the Order of Picken J of 9 June 2023 and Schedule A thereto (the "**9 June 2023 Order**"), the Trustee shall not (absent further Order of the Court) be obliged to apply the Condition Amount in accordance with Recital 7(b) of the 9 June 2023 Order.

   b. In the case of discrepancy between this Order and the Indenture or the Terms and Conditions of the Securities, this Order shall take precedence. The Trustee shall therefore comply with this Order and pending further Order of the Court maintain the Condition Amount in a bank account specified by the Trustee, notwithstanding anything in the Indenture, the Terms and Conditions and/or the 9 June 2023 Order, and can lawfully do so and shall not be in breach of duty or incur any liability from so doing.

   c. In respect of any acts or omissions of the Trustee in connection with the carrying out by it of its obligations under this Order, the Trustee shall be entitled to the benefit of all indemnities and other protections that would be available to the Trustee were it carrying

out the obligations and duties imposed on it under the terms of the Indenture and the Terms and Conditions.

4.   Interest shall be applied to the Condition Amount at the standard Overnight rate for EUR deposits as given by the Trustee to any customer who holds EUR sums with the Trustee in non-fixed term deposit accounts. The Court may make directions concerning to whom any accrued interest should be paid when ordering payment out or the disbursement of the Condition Amount. For the avoidance of doubt, the payment of monies into escrow does not stop post-judgment interest accruing as specified in the 9 June 2023 Order.

5.   Liberty to apply in respect of the terms of this Schedule.

**BY THE COURT**

* This order was drawn by Ann Marie Smith (Associate) to whom all enquiries regarding this order should be made. When communicating with the Court please address correspondence to The Associate, Civil Appeals Office, Room E307, Royal Courts of Justice, Strand, London WC2A 2LL (DX 44456 Strand) and quote the Court of Appeal reference number. The Associate's telephone number is 0207 947 7183 and 0207 947 7856.