# EXHIBIT 8





FRIDAY 22 MARCH 2024

# IN THE COURT OF APPEAL

ON APPEAL FROM BUSINESS AND PROPERTY COURT, COMMERCIAL COURT
**FL-2019-000010**

**BEFORE**      LORD JUSTICE PHILLIPS

CA-2023-001273-B

ON PAPER

Application No.

CA-2023-001273-B

**B E T W E E N**

1.   THE REPUBLIC OF ARGENTINA
2.   THE BANK OF NEW YORK MELLON (AS TRUSTEE)

DEFENDANTS/
**APPELLANTS**

- and -

1.    PALLADIAN PARTNERS L.P
2.   HBK MASTER FUND L.P
3.   HIRSH GROUP LLC
4.   VIRTUAL EMERALD INTERNATIONAL LIMITED

CLAIMANTS /
**RESPONDENTS**

**UPON** the Appellant's ("**the Republic's**") Application dated 30 June 2023 for permission to appeal against the Order of Mr Justice Picken dated 9 June 2023

**AND UPON** the Respondents' Application dated 14 July 2023 for the imposition of a condition on any grant of permission to appeal

**AND UPON** the Order of Phillips LJ dated 22 February 2024 ordering that the Republic's permission to appeal shall be subject to a condition that the Republic either (i) pay the sum of EUR 309,876,449.80 to the Second Defendant ("**the Trustee**") (paragraph 1(a)) to be held in escrow, or (ii) provide security in the amount of EUR 309,876,449.80 in a form which is satisfactory to the Respondents and the Trustee (paragraph 1(b)) ("**the Condition Order**")

**AND UPON** the Condition Order under paragraph 2 permitting the Republic to apply in respect of the form of the condition, and the Republic having made such an application by way of Application Notice dated 14 March 2024 ("**the Application**")

**AND UPON** the Claimants and the Trustee agreeing that nothing in this Order shall waive the Republic's right to object to an application made by the Claimants or Trustee under paragraph 2(a)(i) of this Order on the basis that the Republic is pursuing an appeal to the Supreme Court

**AND UPON** the parties agreeing that any amounts drawn by the Trustee under the Standby Letter of Credit shall be credited against the Republic's obligation to pay the Judgment Sums, as defined in the Order of Picken J dated 9 June 2023, and must be held by the Trustee in escrow until the appeal process in this action, including any appeal to the Supreme Court, is finally concluded

**AND UPON** reading the Application and submissions filed by the Respondents and the Trustee  and correspondence between the parties

**AND UPON** this Order being without prejudice to the Trustee's right of indemnity (including in respect of its costs) from the Republic under the Indenture

**BY CONSENT, IT IS ORDERED THAT:**

1. The Republic may satisfy the condition on the grant of permission to appeal ordered by paragraph 1 of the Condition Order by providing a standby letter of credit in the sum of EUR 313,876,449.80 in favour of the Trustee from Banco Santander, S.A., acting through its London branch ("**the Issuing Bank**") in the form set out at Schedule 1 to this Order ("**the Standby Letter of Credit**").

2. There be liberty to apply. Without prejudice to the generality of the foregoing, the parties shall have liberty to apply in respect of the following matters:

   a. Following a decision by the Court of Appeal determining the Republic's appeal, the parties shall have liberty to apply for an order (i) authorising the Trustee (or, in the alternative, the Claimants) to make a drawing under the Standby Letter of Credit, or (ii) instructing the Issuing Bank that the Issuing Bank is released of its obligations under the Standby Letter of Credit.

b. If at any time the Republic fails to comply with paragraph 4 of this order, the Claimants and the Trustee shall have liberty to apply for an order authorising the Trustee (or, in the alternative, the Claimants) to make a drawing under the Standby Letter of Credit; provided that no such application may be made while an application pursuant to paragraph 2(a) is pending or for 15 business days after such an application is decided.

c. The Claimants and the Trustee shall have liberty to apply for an order requiring the Republic to obtain a substitute letter of credit on the basis that a standby letter of credit of the Issuing Bank cannot legally be drawn upon in England or the Issuing Bank's long term debt has been downgraded by more than two notches from its ratings as of the date of this Order with at least two of Standard & Poor's, Moody's and Fitch. The Issuing Bank's current ratings by those agencies are, respectively, A+, A2, and A-.

d. The Claimants shall have liberty to apply for an order specifically and expressly authorising the Claimants, instead of the Trustee, to issue a claim against the Issuing Bank in order to enforce the terms of the Standby Letter of Credit for the benefit of the Trustee.

3. The Trustee shall forward any written notices that it receives under the Standby Letter of Credit to the Respondents' solicitors at Quinn Emanuel Urquhart & Sullivan UK LLP and to the Republic's solicitors at Sullivan & Cromwell LLP. The Claimants shall forward any written notices that they send or receive under the Standby Letter of Credit to the Trustee's solicitors, Reed Smith LLP and the Republic's solicitors, Sullivan & Cromwell LLP.

4. In the event that the Standby Letter of Credit has not expired in accordance with clause 3 of its terms by 30 September 2024, then the following shall occur until the Standby Letter of Credit expires:

a. On the last calendar day of every second calendar month thereafter, or the next London business day if the last calendar day of any calendar month is not a London business day, with the first such month being November 2024, the Republic shall pay an amount equal to the interest

that would have accrued on a loan having a principal amount equal to the Condition Amount at a rate per annum equal to the three-month EURIBOR Rate (or if the EURIBOR Rate is no longer available, the three-month ESTR Rate), for the two full calendar month period that precedes the then current month (the "Top Up Amount").

b. "EURIBOR Rate" means the percentage rate per annum as determined by the European Money Markets Institute (or any other person which takes over the administration of the relevant rate) for the relevant period displayed on the appropriate page of the Bloomberg screen as at the first London business day of the two full calendar month period that precedes the date of determination.

c. "ESTR Rate" means the percentage rate per annum as determined by the European Central Bank (or any other person which takes over the administration of the relevant rate) for the relevant period displayed on the appropriate page of the Bloomberg screen as at the first London business day of the two full calendar month period that precedes the date of determination.

d. The Top Up Amount shall be paid to the Trustee pursuant to paragraph 1(a) of the Condition Order to be held on the terms set out in Schedule 1 thereto.

**AND IT IS FURTHER ORDERED THAT:**

5. The costs of the Application be costs in the appeal.

<u>**SCHEDULE 1**</u>

FORM OF LETTER OF CREDIT

To:   GDP Warrants Trustee (as defined below), as beneficiary of this Letter of Credit, with address at Corporate Trust, Default Administration EMEA/APAC, Bank of New York Mellon, 160 Queen Victoria St, London, EC4V 4LA.

[April] [●], 2024

**Irrevocable Standby Letter of Credit no.[        ]**

At the request of the Republic of Argentina (the "**Republic**") and in connection with the Permission Condition (as defined below), Banco Santander, S.A., acting through its London Branch (the "**Issuing Bank**") issues this irrevocable standby Letter of Credit ("**Letter of Credit**") in your favour on the following terms and conditions:

1.     **Definitions**

In this Letter of Credit:

"**Business Day**" means a day (other than a Saturday or a Sunday) on which banks are open for general business in London.

"**Claimants**" mean the claimants in the Litigation (as defined below), being (1) Palladian Partners L.P., (2) HBK Master Fund L.P., (3) Hirsh Group LLC, and (4) Virtual Emerald International Limited.

"**Condition Amount**" means €309,876,449.80.

"**Demand**" means a demand for a payment under this Letter of Credit substantially in the form of Schedule A to this Letter of Credit.

"**Expiry Date**" means [April] [●], 2026, or a later date designated by the Issuing Bank in its sole discretion.

"**GDP Warrants**" means the euro-denominated GDP-linked warrants issued by the Republic in 2005 and 2010.

"**GDP Warrants Trustee**" means The Bank of New York Mellon (f/k/a The Bank of New York), in its capacity as trustee of the holders of the GDP Warrants issued pursuant to that certain trust indenture dated as of June 2, 2005, or any successor trustee appointed as trustee of the GDP Warrants pursuant to the terms of such indenture, as notified to the Issuing Bank in writing by the Republic or the Claimants with executed copies of any documents that sufficiently evidence (i) the appointment of such successor trustee and (ii) such successor trustee's acceptance of such appointment.

"**Litigation**" means the claims filed in the High Court of England and Wales in 2019 by holders of certain GDP Warrants, disputing among other things the accuracy of the calculation method for payment on the GDP Warrants.

"**Permission Condition**" means the Republic's (i) payment of the Condition Amount to the GDP Warrants Trustee to be held in escrow or

(ii) provision of security for the Condition Amount in a form which is satisfactory to the Claimants and the GDP Warrants Trustee.

"**Total L/C Amount**" means €313,876,449.80.

2. **Issuing Bank's agreement**

   (a)   The GDP Warrants Trustee (or the Claimants if an order of the Court of Appeal of England and Wales or the Supreme Court of the United Kingdom specifically and expressly authorised them instead of the GDP Warrants Trustee) may request a drawing under this Letter of Credit by delivering to the Issuing Bank a duly completed Demand that includes a certification by the GDP Warrants Trustee (or the Claimants as appropriate) that an order of the Court of Appeal of England and Wales or the Supreme Court of the United Kingdom authorizing the GDP Warrants Trustee (or the Claimants as appropriate) to send a notice to draw on this Letter of Credit or otherwise allowing it to disburse or pay out the Total L/C Amount has been issued.

   (b)   A Demand must be received by the Issuing Bank by no later than 1:00 p.m. (London Time) on the Expiry Date.

   (c)   Notwithstanding paragraphs 2(a) and (b) above, if the Issuing Bank has not been released of its obligations under this Letter of Credit as provided in paragraph 3(a) below on the date that is twenty (20) Business Days prior to the Expiry Date, the GDP Warrants Trustee may request a drawing under this Letter of Credit by delivering to the Issuing Bank a duly completed Demand by no later than 1:00 p.m. (London Time) on the Expiry Date.

   (d)   Subject to the terms of this Letter of Credit, the Issuing Bank unconditionally and irrevocably undertakes to the GDP Warrants Trustee that, within ten (10) Business Days of receipt by it of a Demand which has been validly issued in accordance with this Clause 2, it will pay to the GDP Warrants Trustee the amount demanded in that Demand.  Notwithstanding whether a Demand is made by the GDP Warrants Trustee or by the Claimants, payment by the Issuing Bank shall only be to the account of the GDP Warrants Trustee indicated in the Demand.

   (e)   The Issuing Bank will not be obliged to make a payment under this Letter of Credit that would exceed the Total L/C Amount.

3. **Expiry**

   (a)   The Issuing Bank will be released from its obligations under this Letter of Credit on the date (if any) notified by the GDP Warrants Trustee (or the Claimants if an order of the Court of Appeal of England and Wales or the Supreme Court of the United Kingdom specifically and expressly authorised them instead of the GDP Warrants Trustee) to the Issuing Bank that the Issuing Bank is released of its obligations under this Letter of Credit, which notice shall include a certification by the GDP Warrants Trustee (or the Claimants as appropriate) that such release is in accordance with an order of the Court of Appeal of England and Wales or the Supreme Court of the United Kingdom authorizing the GDP Warrants

Trustee (or the Claimants as appropriate) to send a notice to release the Issuing Bank from its obligations under this Letter of Credit, in the form of Schedule B hereto.

(b)    Unless previously released under paragraph (a) above, on 1:00 p.m. (London time) on the Expiry Date or, if the GDP Warrants Trustee does not request a drawing under this Letter of Credit on or prior to the Expiry Date pursuant to paragraph 2(c) above, the obligations of the Issuing Bank under this Letter of Credit will cease with no further liability on the part of the Issuing Bank except for any Demand validly presented under the Letter of Credit that remains unpaid.

(c)    Once the Issuing Bank is no longer under any further obligations under this Letter of Credit, the GDP Warrants Trustee shall return the original of this Letter of Credit to the Issuing Bank. For the avoidance of doubt, notwithstanding the GDP Warrants Trustee's failure to return the original of this Letter of Credit to the Issuing Bank, upon the release of the Issuing Bank's obligations under this Letter of Credit pursuant to paragraph (a) or (b) above, the Issuing Bank shall not be required to honour any request for drawing of the Letter of Credit.

**4.    Payments**

All payments under this Letter of Credit shall be made in Euros and for value on the due date specified in the Demand to the account of the GDP Warrants Trustee specified in the Demand.

**5.    Delivery of Demand or Notices**

Each Demand or notice to the Issuing Bank pursuant to this Letter of Credit shall be in writing, and, unless otherwise stated, may be made by letter and must be received in legible form by the Issuing Bank at its address and notified by e-mail to the particular department or officer (if any) as follows:

**Banco Santander S.A. London Branch**
**Santander Corporate & Investment Banking**
**2 Triton Square, Regents Place**
**London, NW1 3AN**
**United Kingdom**
Att.: GTB -Middle Office Department (3RD floor)
Reference: Standby Letter of Credit no. [    ]
Email : gtb-middleofficetf@santandercib.co.uk
Cc/copy: Jayan.Shah@santanderCIB.co.uk;
pablo.ballesterosgomez@gruposantander.com;
rosella.pericotti@gruposantander.com

**6.    Assignment**

The GDP Warrants Trustee's (or the Claimants') rights under this Letter of Credit may not be assigned or transferred.

**7.    ISP 98**

Except to the extent it is inconsistent with the express terms of this Letter of Credit, this Letter of Credit is subject to the International Standby

Practices (ISP 98), International Chamber of Commerce Publication No. 590.

8.    **Governing Law**

This Letter of Credit and any non-contractual obligations arising out of or in connection with it are governed by the laws of England and Wales.

9.    **Jurisdiction; Service of Process**

The courts of England and Wales have exclusive jurisdiction to settle any dispute arising out of or in connection with this Letter of Credit (including a dispute relating to any non-contractual obligation arising out of or in connection with this Letter of Credit). The Issuing Bank hereby agrees that service of any process, summons, notice or document by courier to the address indicated in paragraph 5 above shall be effective service of process for any such dispute.

10.    **Claimants' right to enforce**

The Issuing Bank acknowledges and agrees that, solely in accordance with an order of the Court of Appeal of England and Wales or the Supreme Court of the United Kingdom specifically and expressly granting them authority to do so instead of the GDP Warrants Trustee, the Claimants may issue a claim against the Issuing Bank to enforce the terms of this Letter of Credit for the benefit of the GDP Warrants Trustee.  To the extent required, the Issuing Bank records its intention that this clause be enforceable by the Claimants as third parties to this Letter of Credit.

Yours faithfully,

[*Issuing Bank*]

By:

**SCHEDULE A**

**FORM OF DEMAND**

To:     **Banco Santander S.A. London Branch**
        **Santander Corporate & Investment Banking**
        **2 Triton Square, Regents Place**
        **London, NW1 3AN**
        **United Kingdom**
        Att.: GTB -Middle Office Department (3RD floor)
        Reference: Standby Letter of Credit no. [     ]
        Email : gtb-middleofficetf@santandercib.co.uk
        Cc/copy: Jayan.Shah@santanderCIB.co.uk;
        pablo.ballesterosgomez@gruposantander.com;
rosella.pericotti@gruposantander.com

Cc:     Republic of Argentina
        [address]
        [contact details]

[Date]

**Standby Letter of Credit no. [         ] issued in favour of [GDP Warrants Trustee] (the "Letter of Credit")**

We refer to the Letter of Credit.  Terms defined in the Letter of Credit have the same meaning when used in this Demand.

[We certify that an order of the [Court of Appeal of England and Wales]/[Supreme Court of the United Kingdom] authorizing the [GDP Warrants Trustee]/[Claimants] [to send a notice to draw on the Letter of Credit in the amount of €[      ]][allowing it to disburse or pay out the Total L/C Amount in the amount of €[      ] has been issued on [*date*]]. We hereby attach a sealed copy of such order.

We therefore demand payment of the sum of €[      ].][1]

[Given the Issuing Bank has not been released of its obligations under this Letter of Credit as provided in paragraph 3 of the Letter of Credit on the date hereof and that the Expiry Date is schedule to occur within twenty (20) Business Days, we hereby demand payment of the sum of €[      ] to be made on [*include due date.*][2]

1.      Payment should be made to the following account of the GDP Warrants Trustee:

        Name:

        Account Number:

        Bank:

---

[1] NTD: To include this certification if the Demand is being delivered pursuant to an order of the Court of Appeal of England and Wales or the Supreme Court of the United Kingdom.
[2] NTD: To include this certification if the Demand is being delivered within twenty (20) Business Days of the Expiry Date.

2.  [We certify that the amounts to be deposited therein pursuant to this Letter of Credit shall be held by the GDP Warrants Trustee in escrow and will not be disbursed or paid absent further order of the Court of Appeal of England and Wales or the Supreme Court of the United Kingdom.] [3]

3.  The date of this Demand is not later than the Expiry Date.

4.  Any notices to the [GDP Warrants Trustee]/[Claimants] concerning this Demand shall be in writing and may be made by letter and must be received in legible form by the [GDP Warrants Trustee at its address and e-mail address and by the particular department or officer (if any)]/[Claimants at their address and e-mail address] as follows:

[●]

---

[3] NTD: To include this certification unless there is an Order of the Court of Appeal of England and Wales or the Supreme Court of the United Kingdom providing that the sums demanded may be distributed to the holders by the GDP Warrants Trustee.

**SCHEDULE B**

**NOTICE OF RELEASE OF ISSUING BANK'S OBLIGATIONS**

To:   **Banco Santander S.A. London Branch**
      **Santander Corporate & Investment Banking**
      **2 Triton Square, Regents Place**
      **London, NW1 3AN**
      **United Kingdom**
      Att.: GTB -Middle Office Department (3RD floor)
      Reference: Standby Letter of Credit no. [       ]
      Email : gtb-middleofficetf@santandercib.co.uk
      Cc/copy: Jayan.Shah@santanderCIB.co.uk;
      pablo.ballesterosgomez@gruposantander.com;
rosella.pericotti@gruposantander.com

Cc:   Republic of Argentina
      [address]
      [contact details]

[Date]

**Standby Letter of Credit no. [          ] issued in favour of [GDP Warrants Trustee] (the "Letter of Credit")**

We refer to the Letter of Credit.  Terms defined in the Letter of Credit have the same meaning when used in this notice.

We hereby certify that an order of the [Court of Appeal of England and Wales]/[Supreme Court of the United Kingdom] has been issued authorizing the [GDP Warrants Trustee]/[Claimants] to send a notice to release the Issuing Bank of its obligations under the Letter of Credit. We hereby attach a sealed copy of such order.

Therefore, we hereby release the Issuing Bank of its obligations under the Letter of Credit to the full extent of the Total L/C Amount.

Any notices to the [GDP Warrants Trustee]/[Claimants] concerning this notice shall be in writing and may be made by letter and must be received in legible form by the [GDP Warrants Trustee at its address and e-mail address and by the particular department or officer (if any)]/[Claimants at their address and e-mail address] as follows:

[●]


(Authorised Signatory)                    (Authorised Signatory)


For
[GDP Warrants Trustee] / [Claimants]


**BY THE COURT**

* This order was drawn by Pauline Okafor (Associate) to whom all enquiries regarding this order should be made. When communicating with the Court please address correspondence to The Associate, Civil Appeals Office, Room E307, Royal Courts of Justice, Strand, London WC2A 2LL (DX 44456 Strand) and quote the Court of Appeal reference number. The Associate's telephone number is 0207 947 7183 and 0207 947 7856.