# EXHIBIT 12



IN THE SUPREME COURT OF THE UNITED KINGDOM

8 October 2024

UKSC 2024/0098

*Before:*

Lord Briggs
Lord Burrows
Lord Richards

**The Republic of Argentina (Appellant) v Palladian Partners LP and others (Respondents)**

AFTER CONSIDERATION of the application filed on behalf of the Appellant seeking permission to appeal the order made by the Court of Appeal on 12 June 2024 and of the notice of objection filed by the Respondent

THE COURT ORDERED that

1)    Permission to appeal be REFUSED because the appeal does not raise an arguable point of law or a point of law of general public importance.

2)    The costs of and occasioned by resisting the application for permission to appeal be paid by the Appellant to the Respondent.



Registrar
14 October 2024