# EXHIBIT 13



**TUESDAY 14 JANUARY 2025**

# IN THE COURT OF APPEAL

ON APPEAL FROM BUSINESS AND PROPERTY COURT, COMMERCIAL COURT
**FL-2019-000010**

**BEFORE**    LORD JUSTICE PHILLIPS

CA-2023-001273

**B E T W E E N**

1. THE REPUBLIC OF ARGENTINA
2. THE BANK OF NEW YORK MELLON (AS TRUSTEE)

DEFENDANTS/
APPELLANTS

- and -

1. PALLADIAN PARTNERS L.P
2. HBK MASTER FUND L.P
3. HIRSH GROUP LLC
4. VIRTUAL EMERALD INTERNATIONAL LIMITED

CLAIMANTS /
RESPONDENTS

ON PAPER

Application No.

CA-2023-001273

**UPON** the Order of Mr Justice Picken dated 9 June 2023 (the "**9 June 2023 Order**"), which was the subject of appeal by the First Defendant (the "**Republic**") to this Court

**AND UPON** the Order of Lord Justice Phillips dated 22 February 2024 (the "**22 February 2024 Order**") ordering that the Republic's permission to appeal shall be subject to a condition that the Republic either (i) pay the sum of EUR 309,876,449.80 to the Second Defendant (the "**Trustee**") to be held in escrow (paragraph 1(a)), or (ii) provide security in the amount of EUR 309,876,449.80 in a form which is satisfactory to the Respondents (the "**Claimants**") and the Trustee (paragraph 1(b))

**AND UPON** the Order of Lord Justice Phillips dated 22 March 2024 (the "**22 March 2024 Order**") ordering that the Republic may satisfy the condition on the grant of permission to appeal in the 22 February 2024 Order by providing a standby letter of credit in the sum of EUR 313,876,449.80 in favour of the Trustee from Banco Santander, S.A. (Spain) in the form set out in Schedule 1 to the 22 March 2024 Order (the "**Standby Letter of Credit**")

**AND UPON** the Standby Letter of Credit being issued by Banco Santander, S.A. (Spain) to the Trustee on 3 April 2024

**AND UPON** the Court of Appeal having handed down judgment on 12 June 2024 dismissing the Republic's appeal

**AND UPON** the Order of Lords Briggs, Burrows and Richards dated 14 October 2024 refusing the Republic's application dated 10 July 2024 for permission to appeal to the Supreme Court

**AND UPON** paragraph 2(a) of the 22 March 2024 Order providing for an application to be made to authorise the Trustee to make a drawing under the Standby Letter of Credit

**AND UPON** the Claimants' making such an application by application notice dated 16 December 2024 (the "**Application**")

**AND UPON** Schedule A to the Standby Letter of Credit (as scheduled to the 22 March 2024 Order) including further provision for an Order from the Court of Appeal for the Trustee to distribute the amounts drawn under the Standby Letter of Credit

**AND UPON** the Application seeking such an Order that the Trustee may make distributions of the drawing under the Standby Letter of Credit

**AND UPON** this Order being without prejudice to the Trustee's right of indemnity (including in respect of its costs) from the Republic under the Indenture

**AND UPON** capitalised terms in paragraph 1 below having the same meaning as defined in the Standby Letter of Credit and the 9 June 2023 Order

**AND UPON** the Trustee's confirmation that it will deliver a duly completed Demand to the Issuing Bank within ten working days after receipt of a sealed copy of this Order

**AND UPON** reading correspondence from solicitors for the Claimants, the Republic and the Trustee and noting that all parties agreed to the Application being determined on paper in the light of that correspondence.

**IT IS ORDERED THAT:**

1. The Trustee is authorised as follows:

   a. to make a drawing under the Standby Letter of Credit for the Total L/C Amount of EUR 313,876,449.80;

   b. to send a notice to draw on the Standby Letter of Credit for the Total L/C Amount of EUR 313,876,449.80;

   c. to make a certification that an Order of the Court of Appeal of England & Wales authorising the Trustee to send a notice to draw on the Standby Letter of Credit for the Total L/C Amount has been issued; and

   d. to deliver to the Issuing Bank a duly completed Demand for the Total L/C Amount of EUR 313,876,449.80 that includes a certification as above as required by the Standby Letter of Credit.

2. Following receipt of the Total L/C Amount from the Issuing Bank, the Trustee may disburse, pay and/or distribute the moneys received in accordance with the 9 June 2023 Order, the Indenture and the Terms and Conditions of the Securities, subject to making such reservations (to be held as Trustee) as it considers reasonably necessary in respect of the Claimants' Costs (as defined in the 9 June 2023 Order), the Trustee's costs and anticipated costs of the Claimants and the Trustee, including for the purposes of enforcement hereafter.

3. The Republic shall pay the Claimants' costs of the Application, summarily assessed in the amount of US$13,986, such sum to be paid by the Republic to the Trustee within 45 days of the date of this Order.

4. The costs ordered under paragraph 3 above shall have the same status as the Claimants' Costs in the 9 June 2023 Order and in particular fall within the

Seventh Recital and the first sentence of paragraph 2 of Schedule A to the 9 June 2023 Order, and shall be paid to the Claimants from sums paid to the Trustee accordingly.

**BY THE COURT**

* This order was drawn by Ann Marie Smith (Associate) to whom all enquiries regarding this order should be made. When communicating with the Court please address correspondence to The Associate, Civil Appeals Office, Room E307, Royal Courts of Justice, Strand, London WC2A 2LL (DX 44456 Strand) and quote the Court of Appeal reference number. The Associate's telephone number is 0207 947 7183 and 0207 947 7856.