# EXHIBIT 14



**THIS NOTICE IS IMPORTANT AND REQUIRES THE IMMEDIATE ATTENTION OF HOLDERS. IF HOLDERS ARE IN ANY DOUBT AS TO THE ACTION THEY SHOULD TAKE, IN RELATION TO THE LITIGATION REFERRED TO BELOW, THEY SHOULD SEEK THEIR OWN INDEPENDENT PROFESSIONAL LEGAL ADVICE. MORE GENERALLY HOLDERS ARE REMINDED THAT THEY SHOULD SEEK ADVICE ON ANY ISSUES WHICH ARE UNCLEAR, INCLUDING AS TO ANY TAX CONSEQUENCES, IMMEDIATELY FROM THEIR OWN STOCKBROKER, SOLICITOR, ACCOUNTANT, TAX ADVISER, PROFESSIONAL ADVISERS INCLUDING WHERE RELEVANT THOSE AUTHORISED UNDER THE FINANCIAL SERVICES AND MARKETS ACT 2000 (IF THEY ARE IN THE UNITED KINGDOM) OR ANOTHER APPROPRIATELY AUTHORISED INDEPENDENT FINANCIAL ADVISER AND TAKE SUCH OTHER ADVICE FROM THEIR OWN PROFESSIONAL ADVISERS AS THEY DEEM NECESSARY, IMMEDIATELY.**

**NOTICE TO HOLDERS**

**THE REPUBLIC OF ARGENTINA**

**Euro-Denominated GDP-Linked Securities issued 2005 (governed by English law) ISIN XS0209139244 and Euro-Denominated GDP-Linked Securities issued 2010 (governed by English law) ISIN XS0209139244, together the "Euro-Denominated GDP-Linked Securities".**

27 February 2025

**Notice of Proceedings**

Reference is made to the trust indenture (the "**Indenture**") dated 2 June 2005 between The Republic of Argentina as issuer (the "**Issuer**") and The Bank of New York Mellon as trustee (the "**Trustee**") as supplemented by a first supplemental indenture dated 30 April 2010, pursuant to which the Issuer issued the Euro-Denominated GDP-Linked Securities. Capitalised terms used in this notice and not defined in this notice shall have the meanings set out in the Indenture.

Reference is also made to the claims (the "**Claims**") brought in the High Court of Justice in London by certain holders of the Euro-Denominated GDP-Linked Securities (Claim no. FL-2019- 000010), in which the Claimants alleged that, among other things, the Issuer should have made payment under the Euro-Denominated GDP-Linked Securities for the 2013 Reference Year.  Further details of the background to the Claims and the related court proceedings have been set out in the notices to Holders given by the Trustee on 5 September 2019, 28 November 2019, 20 September 2022, 13 October 2022, 13 November 2023, 2 April 2024, 26 July 2024, 4 November 2024 and 21 January 2025 (the "**Trustee Notices**").  This notice adopts the defined terms used in the previous Trustee Notices and does not repeat the matters set out therein.

The Trustee now draws the attention of the Holders to the following points:

1. Banco Santander S.A. accepted the Trustee's demand under the Letter of Credit and transferred to the Trustee the sum of EUR 313,876,449.80 (the "**Letter of Credit Draw-Down Sums**").
2. In accordance with the order following the judgment of Mr Justice Picken of 5 April 2023 (the "**Judgment Order**") (which, *inter alia,* authorised the Claimants to enforce the Judgment and recover the Judgment Sums in full, accounting to the Trustee for any recoveries made), the order of the Court of Appeal dated 14 January 2025 (the "**Draw-Down Order**") (and the Indenture, the Trustee intends to take the following steps in relation to the Letter of Credit Draw-Down Sums:
   a. The sum of EUR23,500,000 (the "**Retention**") will be retained by the Trustee to pay the Trustee's costs and the anticipated costs of the Claimants and the Trustee, including the anticipated costs of enforcement.  If the full amount of the Retention is not needed to pay these costs, the unused balance will be distributed to the Holders via the clearing system in due course.
   b. The sum of EUR11,310,558.24 will be paid by the Trustee directly to the Claimants in respect of the Part 36 Entitlements (as defined in the Judgment Order).

    c.    The balance of the Letter of Credit Draw-Down Sums, being the sum of EUR279,065,891.56, shall be distributed to Holders via the clearing systems per the Terms and Conditions of the Euro-Denominated GDP-Linked Securities, the Judgment Order and/or any subsequent order of the court.

The Trustee makes no representation or assurances regarding these matters or the ultimate outcome of the litigation. Names and contact details of the respective parties' legal advisors can be found on the Re-Re-Amended Particulars of Claim, the Republic's Re-Re-Amended Defence, the Trustee's Re-Amended Defence and the Claimants' Re-Re-Amended Reply, which are publicly available.

Holders are reminded of the terms of the Indenture and the Euro-Denominated GDP-Linked Securities and are advised to obtain their own legal advice with respect to the matters set out in this notice including any procedural requirements or time-limits relating to these rights. Nothing in this notice should be taken as creating an obligation on the Trustee to provide further updates in relation to the Claim. The Trustee does not intend to take any further action unless instructed and indemnified to do so in accordance with the terms of the Indenture and indemnified to its satisfaction.

Holders who have any queries regarding this notice may contact the Trustee at:

| | |
|---|---|
| Address: | The Bank of New York Mellon |
| | 160 Queen Victoria Street |
| | London |
| | EC4V 4LA |

| | |
|---|---|
| Attention: | Stephen Isles |
| E-mail: | dagemea@bny.com |

**The above communication is made without prejudice to any and all of the Trustee's rights under the Indenture, all of which are expressly reserved.**

**ISIN numbers appearing herein have been included solely for the convenience of the Holders. The Trustee assumes no responsibility for the selection or use of such numbers and makes no representation as to the correctness of the numbers listed above.**

**The Trustee provides the information above for the information of Holders, but makes no representation as to the accuracy or completeness thereof and cannot accept any liability for any loss caused by any inaccuracy therein. The Trustee expresses no opinion as to the action (if any) that Holders should take in relation to the matters set out above. The Trustee makes no recommendations and gives no legal or investment advice herein or as to the Euro-Denominated GDP-Linked Securities generally. Holders should take and rely on their own independent legal, financial or other professional advice, and may not rely on advice or information provided to the Trustee, statements as to the legal position included in notices issued by the Trustee relating to the Euro-Denominated GDP-Linked Securities or otherwise or the views of the Trustee expressed herein or otherwise.**

This notice is given by
**THE BANK OF NEW YORK MELLON**
as Trustee