# EXHIBIT 26

# Interim third party debt order



| In the | |
|---|---|
| HIGH COURT OF JUSTICE, BUSINESS & PROPERTY COURTS, COMMERCIAL COURT (KBD), FINANCIAL LIST | 06 Aug 2025 |
| FL-2019-000010 | **Claim No.** |
| | FL-2019-000010 |
| (1) PALLADIAN PARTNERS L.P.; (2) HBK MASTER FUND L.P.; (3) HIRSH GROUP LLC; (4) VIRTUAL EMERALD INTERNATIONAL LIMITED | **Claimants** |
| (1) THE REPUBLIC OF ARGENTINA; (2) THE BANK OF NEW YORK MELLON (as Trustee) | **Defendants** |
| STANDARD CHARTERED PLC | **Third Party** |

**On the 4ᵗʰ of August 2025 Master Eastman** considered the application of the Claimants ('the judgment creditors'), from which it appears:

there is an amount owing by the Republic of Argentina ('the judgment debtor') under the order given on 9 June 2023 by Mr Justice Picken sitting as a judge of the High Court in claim no. FL-2019-000010

**and the court orders** that

1. The application has been dealt with on paper.

2. Until a hearing the third party must not, unless the court orders otherwise, pay to the judgment debtors, or to any other person, any sum of money due or accruing due by the third party to the judgment debtors, except for any part of that sum which exceeds the total shown below.

Seal

| | |
|---|---|
| Amount now owing under the judgment or order including any costs and interest | EUR 1,543,508,749.15 |
| Court fee | £ 135.00 |
| Costs of this application which may be allowed to the judgment creditor | £ 98.50 |
| **Total** | EUR 1,543,508,749.15 plus £ 233.50 |

**This interim order does not authorise the third party to pay any money to the judgment creditor at this stage.**

To:

THE REPUBLIC OF ARGENTINA

**Hardship**
If the third party is a bank or building society, and the judgment debtor or their family suffers hardship through not being able to meet ordinary living expenses as a result of not being able to withdraw money from the account, a court may make a hardship payment order allowing some money to be paid out. An application form (N244) can be obtained from any court office *(see overleaf for further details)*.

## Hardship payment orders

An application for a hardship payment order may be made to:

☐ **any county court** where the interim third party debt order was made to a county court; or

☐ **the Royal Courts of Justice in London or to any district registry,** where the interim third party debt order was made by the High Court.

A fee may be payable for the application, but in certain circumstances, the applicant can apply for exemption or remission of the fee. Court staff can provide further details about remission and exemption and provide the necessary forms.

The application should be made using Form N244. It must include details of the judgment creditor, the court where the interim third party debt order was made, if different, and the claim number. The form must include evidence of the hardship caused by not being able to meet ordinary living expenses and must be accompanied by documentary evidence such as mortgage statements or rent book, wage or salary slips and bank statements proving the applicant's financial position. There will usually be a hearing.

In cases of exceptional urgency, the court may agree to deal with the application without notice being given to the judgment creditor. Details of why the application is exceptionally urgent and why it should be dealt with without notice to the creditor, should be set out in the application.

If the judge makes a hardship payment order, the court will draw up an order which will be faxed to the appropriate bank or building society who will then be authorised to pay out the amount, or amounts, specified in the order.

## What the third party will do

If the third party **is a bank or building society**, it must search for all accounts held solely by the judgment debtor and, within 7 days of receiving this order, give details of them to the court and the judgment creditor, stating whether it holds sufficient to cover the total shown and, if not, the amounts in them.

A bank or building society may deduct an amount from any money held for the judgment debtor, for its expenses in complying with this order. This would be in addition to the total amount shown above.

If the third party **is not a bank or building society** and claims to owe the judgment debtor no money or less money than the total shown above, the third party must tell the court and the judgment creditor within 7 days of receiving this order.

## The final order

If a final third party debt order is made at the hearing, it will require the third party to pay direct to the judgment creditor some or all of the money which the third party owes to the judgment debtor.

## Party details

### The judgment creditors

| | |
|---|---|
| Name: | (1) PALLADIAN PARTNERS L.P.; (2) HBK MASTER FUND L.P.; (3) HIRSH GROUP LLC; (4) VIRTUAL EMERALD INTERNATIONAL LIMITED |
| Address for service: | Quinn Emanuel Urquhart &Sullivan LLP |
| | 90 High Holborn, London |
| Postcode | WC1V 6LJ |
| Reference: | 08838-00001 |
| Telephone: | +44 20 7653 2000 |

### The judgment debtor

| | |
|---|---|
| Name: | THE REPUBLIC OF ARGENTINA |
| Address: | Sullivan & Cromwell LLP |
| | 1 New Fetter Ln, London |
| Postcode | EC4A 1AN |
| Reference: | 10431-00001 |
| Telephone: | +44 (0)20-7959-8900 |

### The third party

| | |
|---|---|
| Name: | Standard Chartered Plc |
| Address for service: | 1 Basinghall Avenue, London |
| Postcode | EC2V 5DD |
| Reference: | |
| Telephone: | |

| | |
|---|---|
| Sort code | |
| Account no(s): | |