# EXHIBIT 28

**quinn emanuel** trial lawyers | london

90 High Holborn, London WC1V 6LJ, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100

Writer's Direct Dial No.
**+44 207653 2019**

Writer's Email Address
**aidanorourke@quinnemanuel.com**

1 October 2025

**BY EMAIL**

Sullivan & Cromwell LLP
One New Fetter Lane
London, EC4A 1AN

FAO: Amanda Flug Davidoff; Thomas White; Hattie R Middleditch
davidoffa@sullcrom.com
whitet@sullcrom.com
middleditchh@sullcrom.com

Our ref: AAO/08838-00001

Dear Sirs / Madams

**(1) Palladian Partners, L.P. (2) HBK Master Fund L.P. (3) Hirsh Group LLC (4) Virtual Emerald International Limited v (1) The Republic of Argentina (2) The Bank of New York Mellon (as Trustee), FL-2019-000010 (the "Proceedings")**

1. We refer to your letter of 15 September 2025. We adopt the terms defined in previous correspondence.

2. We do not propose to respond in full to the matters raised in your letter, noting that many of those matters are properly to be dealt with at any return hearing for the Claimants' CPR Pt 72 applications.

3. However, in the interests of cooperation, we provide the following responses to the specific questions in your letter:

    a) The Claimants do not agree that the Interim Orders apply only to debts repayable at the London branches of the foreign banks. As you will be aware, branch locations are merely registered office locations of (and not separate to) the foreign banks subject to the Interim Orders. If there are questions that need to be resolved regarding the *situs* of any particular debts, those matters can be addressed once the

quinn emanuel urquhart & sullivan uk llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

Quinn Emanuel Urquhart & Sullivan UK LLP is a limited liability partnership registered in England and Wales (with registered number OC337278) and is authorised and regulated by the Solicitors Regulation Authority.  A list of members and their professional qualifications is open to inspection at our registered office, 90 HIgh Holborn, London WC1V 6LJ, United Kingdom.

accounts held by the judgment debtor with the relevant third party banks have been identified.

b) It is neither necessary nor appropriate for the Claimants to pre-determine whether bank accounts responsive to the Interim Orders would be held only at the London branches of each of the foreign banks. The Claimants therefore do not agree to make the suggested amendments to the application against Banco Santander S.A., nor to provide the suggested clarifications to Banco Bilbao Vizcaya Argentaria S.A., Bank of China Ltd and JPMorgan Chase Bank, National Association.

c) The Claimants have proposed the names of individual office holders within the Republic's administration as search terms because those names are reasonably likely to be associated with accounts belonging to the Republic. They remain appropriate search terms on that basis.

d) Similarly, the Claimants have proposed the names of entities within the Republic's decentralised administration as search terms because accounts belonging to the Republic may be associated with those entities. Whether accounts held in the name of those entities are properly debts owed to the Republic is a substantive issue that will require resolution at any return hearing. For the purposes of the Interim Orders, the proposed search terms remain appropriate.

Yours faithfully

**QUINN EMANUEL URQUHART & SULLIVAN UK LLP**

cc       *Reed Smith, solicitors for the Trustee*

         *Banco Santander, S.A.*

         *Bank of China (UK) Limited*

         *Bank of China Ltd*

         *Banco Bilbao Vizcaya Argentaria, S.A.*

         *ICBC Standard Bank Plc*

         *JPMorgan Chase Bank, National Association*

         *Santander UK Plc*

         *Standard Chartered Plc*

2