UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re Application of:<br><br>PALLADIAN PARTNERS, L.P., HBK MASTER FUND L.P., HIRSH GROUP LLC, and VIRTUAL EMERALD INTERNATIONAL LIMITED,<br><br>　　　　Petitioners,<br><br>FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | § § § § § § § § § § § § § § §　No. 3:25-mc-00058-S-BT |

## JOINT STIPULATION REGARDING EXTENDED BRIEFING SCHEDULE

It is hereby jointly stipulated and agreed by and between Petitioners Palladian Partners, L.P.; HBK Master Fund L.P.; Hirsh Group LLC; and Virtual Emerald International Limited (the "Petitioners"), and Respondents Hayden Davis, Gideon Davis, Charles Thomas (Tom) Davis, and Kelsier Labs LLC d/b/a Kelsier Ventures (the "Respondents") that:

1.　On October 24, 2025, the Court approved the Joint Stipulation Regarding Service of Process, Petitioners' Forthcoming Amended Application, and Proposed Briefing Schedule, which provides that Respondents' deadline to file an opposition to the Amended Application is November 24, 2025, and Petitioners' deadline to file their reply is 14 days thereafter.

2.　Due to scheduling conflicts, the parties have agreed to extend Respondents' opposition deadline to December 5, 2025, and Petitioners' reply deadline to December 19, 2025.

3.　Consequently, the Parties intend to meet-and-confer regarding the Application on or before November 26, 2025, and respectfully request that this Court reset the deadline for filing a joint status report to December 2, 2025.

Dated: November 20, 2025

*/s/ David M. Orta*
David M. Orta (Admitted *Pro Hac Vice*)
Julianne F. Jaquith (Admitted *Pro Hac Vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100
davidorta@quinnemanuel.com
juliannejaquith@quinnemanuel.com

Elinor C. Sutton
QUINN EMANUEL URQUHART & SULLIVAN, LLP
3100 McKinnon St., Suite 1125
Dallas, TX 75201
Tel.: (469) 902-3600
Fax: (469) 902-3610
elinorsutton@quinnemanuel.com

*Counsel for Petitioners Palladian Partners, L.P., HBK Master Fund L.P., Hirsh Group LLC, and Virtual Emerald International Limited*


*/s/ George M. Padis*
**Mazin A. Sbaiti, Esq.**
Texas Bar No. 24058096
**George M. Padis**
Texas Bar No. 24088173
**SBAITI & COMPANY PLLC**
3102 Maple Avenue, Suite 400
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
   george.padis@sbaitilaw.com

*Counsel for Respondents Hayden Davis, Gideon Davis, Charles Thomas (Tom) Davis, and Kelsier Labs LLC d/b/a Kelsier Ventures*

## CERTIFICATE OF SERVICE

     I hereby certify that all parties have been served by the Court's ECF system on November 20, 2025.

                                                                        _/s/ George M. Padis_
                                                                        George M. Padis