IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re Application of: | § | |
| | § | |
| PALLADIAN PARTNERS, L.P. et al. | § | |
| | § | |
| Petitioners, | § | Case No. 3:25-mc-00058-S-BT |
| | § | |
| FOR AN ORDER TO TAKE | § | |
| DISCOVERY FOR USE IN | § | |
| FOREIGN PROCEEDINGS | § | |
| PURSUANT TO 28 U.S.C. §1782. | § | |

## ORDER SETTING HEARING

Before the Court is Petitioners' Unopposed Request for Oral Argument Regarding Petitioners' Amended Application and Petition for an Order to Conduct Discovery For use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (ECF No. 34). The Court agrees that oral argument could be beneficial given "the volume and complexity" of the record and factual circumstances. *See* Mot. at 1 (ECF No. 34). Accordingly, the Court sets the matter for a two-hour hearing on **January 29, 2026, from 1:00 to 3:00 P.M.,** convening in Judge Rutherford's courtroom on the 13th Floor of the Earle Cabell Federal Building and Courthouse, 1100 Commerce St., Dallas, Texas. Each side will have one hour to present argument.

**SO ORDERED.**

December 22, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

1